UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

#30 2124

IN RE:
NAISLETH RODRIGUEZ

CASE NO.   11-27185-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

US BANKRUPTCY COURT
SO DISTRICT OF FLA

NOV - 6 2013

FILED ___ RECEIVED ___

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,971.55 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: __NOV - 4 2013__

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

NAISLETH RODRIGUEZ
22242 SW 88 PATH
MIAMI, FL 33190

TERESA M. ALVAREZ, ESQUIRE
6780 CORAL WAY
MIAMI, FL 33155

ISLES OF BAYSHORE CLUB
13055 SW 42 ST, SUITE 203
MIAMI, FL 33175

ISLES OF BAYSHORE CLUB
13055 SW 42 ST, SUITE 203
MIAMI, FL 33175

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  11-27185-BKC-
NAISLETH RODRIGUEZ

                                      CHAPTER 13


NAISLETH RODRIGUEZ

22242 SW 88 PATH
MIAMI, FL 33190


TERESA M. ALVAREZ, ESQUIRE
6780 CORAL WAY
MIAMI, FL 33155


ISLES OF BAYSHORE CLUB           ---------$       1,550.19
13055 SW 42 ST, SUITE 203
MIAMI, FL 33175
                                               UNDELIVERABLE/STALE
                                               CLAIM REGISTER#____

ISLES OF BAYSHORE CLUB           ---------$        421.36
13055 SW 42 ST, SUITE 203
MIAMI, FL 33175


U.S. Trustee                                   UNDELIVERABLE/STALE
51 S.W. 1st Avenue                             CLAIM REGISTER#____
Miami, Florida 33130